IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES G. WEBBER,**<br>**Plaintiff**<br>v.<br>**CAROLYN W. COLVIN,**<br>**Acting Comm'r of Soc. Sec.,**<br>**Defendant** | **Civil No. 12-CV-2558**<br><br>**Judge Sylvia H. Rambo** |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the Commissioner's decision in the captioned matter is **AFFIRMED**.

The Clerk of Court is directed to close the file.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: January 2, 2014.